


# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:21-MJ-295 |
| JERICHO RAY MARTINTEZ JR (01)<br>ANTONIO ROBLES (02)<br>SAMMY MIKE CISNEROS (03) | |

## CRIMINAL COMPLAINT

I, Daniel DeFranzo, being duly sworn, state the following is true and correct to the best of my knowledge and belief, but are not inclusive of all the evidence or information in the case:

### Conspiracy to Possess a Controlled Substance with Intent to Distribute

Beginning on or before March 2021, and continuing until on or about April 28, 2021, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants Maria BENAVIDES-FUENTES, Alma BENAVIDES-FUENTES, Jericho Ray MARTINEZ JR, Antonio ROBLES, Sammy Mike CISNEROS, and ▓▓▓ ▓▓▓▓▓, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 3061. I am currently assigned as a Special Agent with the Drug Enforcement Administration in Fort Worth, Texas. This complaint is based on the following facts:

1. On or about April 6, 2021, members of the DEA Fort Worth District Office received information from a confidential source (CS) that he/she had previously been provided methamphetamine in Arlington, Texas in or about March 2021. The CS related that he/she agreed to provide $20,000 Official Advanced Funds (OAF) to Maria and Alma BENAVIDES-Fuentes for payment of for a previous drug transaction. Agents/officers directed the CS to make a series of recorded telephone calls to Maria Elena BENAVIDES-Fuentes to discuss the payment of the $20,000 and to receive an additional 18-25 kilograms of methamphetamine. The CS was advised that the transaction would occur on the morning of April 9, 2021, in Grand Prairie, Texas.

2. On April 9, 2021, at approximately 11:00 am, surveillance was initiated at the Quick Trip Gas Station located at 5909 West Davis Street, Dallas, Texas in preparation of a meeting with Maria Elena BENAVIDES-Fuentes and Alma BENAVIDES-Fuentes and the CS. At approximately 11:18 a.m., a white Honda Accord which had been previously identified arrived at the Quick Trip Gas Station. Upon the arrival, Maria Elena BENAVIDES-Fuentes was identified as the passenger of the Honda and Alma BENAVIDES-Fuentes was identified as the driver. Maria Elena BENAVIDES-Fuentes sent a Snapchat message to the CS advising the CS to meet them at the Quip Trip. The CS arrived at the Quick Trip gas station a short time later.

3. At approximately 11:34 p.m., Maria Elena BENAVIDES-Fuentes entered the CS' vehicle with a pink bag. The CS placed the $20,000 OAF in the pink bag. Maria

Elena BENAVIDES-Fuentes directed the CS to travel to secondary location in Grand Prairie, Texas, where the CS would be provided 15 kilograms of methamphetamine on consignment.



6.  Surveillance was maintained on Maria Elena BENAVIDES-Fuentes and Alma BENAVIDES-Fuentes. Maria Elena BENAVIDES-Fuentes and Alma BENAVIDES-Fuentes arrived at a business in Farmers Branch, Texas. Both, Maria Elena BENAVIDES-Fuentes and Alma BENAVIDES-Fuentes exited the vehicle and carried the pink bag into the business. A short time later, the two

exited the business and returned to the Honda and exited the area. Eventually the two arrived in Austin, Texas.

7. A field test was conducted on the suspected methamphetamine and was positive for methamphetamine. The methamphetamine was ultimately submitted to the DEA laboratory for analysis and safekeeping.

8. On April 27, 2021, your affiant received a criminal complaint for the arrests of Maria Elena BENAVIDES-Fuentes (MBF) and Alma BENAVIDES-Fuentes (ABF). Both MBF and ABF were arrested at Pappasitos Cantina located at 321 West Road to Six Flags Street, Arlington, Texas after they attempted to meet with a DEA confidential source to pick up $135,000 in United States Currency for past purchased methamphetamine. Additionally, MBF advised that CS that upon receiving the money she would have 50 additional kilograms delivered to the CS.

9. Immediately after her arrest, MBF cooperated with agents/investigators by contacting her Mexican source of supply (SOS) via messaging and cellular telephone calls. The SOS agreed to provide additional kilograms of methamphetamine to the CS at the Home Depot located in Arlington, Texas. The SOS later advised MBF that the person he directed to deliver the methamphetamine could no longer travel to Arlington, Texas. The SOS advised that the CS would have to travel to Dallas to pick up the methamphetamine and he provided MBF with an address of a grocery store located on Fort Worth Avenue, Dallas Texas.

10. Investigators with DEA went to the grocery store located on Fort Worth avenue in Dallas, Texas. Investigators placed an undercover vehicle on the parking lot that was not occupied and established surveillance on this vehicle. MBF notified the SOS that MBF and the CS had arrived at the location and provided a description of the undercover vehicle. A short time later, Jericho Ray MARTINEZ arrived in the parking lot of the business and went to the undercover vehicle. MARTINEZ approached the undercover vehicle and looked through the windows to see if it was occupied. DEA Investigators then arrested MARTINEZ. Upon a search of the vehicle, DEA Investigators recovered approximately 12 kilograms of methamphetamine. A presumptive test was conducted on the methamphetamine and the substance was positive for methamphetamine.

11. Subsequent to MARTINEZ's arrest, MARTINEZ cooperated leading to the identification of two local stash house identified as XXXX and XXXX Grafton Avenue, Dallas Texas. MARTINEZ advised that both houses were associated with each other and that the methamphetamine agents seized from his vehicle was picked up from XXXX Grafton Street, minutes before his attempted delivery to MBF.

12. While MARTINEZ was providing information on his role in the organization, MARTINEZ received several messages from an individual later identified as Antonio ROBLES. ROBLES was asking if MARTINEZ was arrested and was inquiring about his well-being. ROBLES also left an audio message advising that he was going to shoot up the DEA Office that is located next to Ojos Locos.

Agents note: the DEA Dallas Division Office is located at 10160 Technology Center Dallas, Texas in close proximity to the Ojos Locos Restaurant.

13. Investigators initiated surveillance on both addresses and observed numerous vehicles arriving and departing XXXX Grafton Avenue. During the surveillance, a Dallas Police department patrol unit conducted a traffic stop of a vehicle being operated by ROBLES. A small amount of marijuana was seized from ROBLES. ROBLES agreed to speak with investigators about drug activity, at which point, he provided written and oral consent to agents/officers to search his residence (XXXX Grafton Street). ROBLES advised agents/officers that he had marijuana in the house and that he knew DEA was investigating him. The search of XXXX resulted in the seizure of approximately 597 grams of marijuana and a Glock 27 handgun. Agents/officers observed an individual, identified as Sammy Mike CISNEROS, in the driveway of his residence XXXX Grafton Street. Agents/officer asked CISNEROS for consent to search his residence. CISNEROS provided verbal consent to agents/officers to initiate the search. During that search, agents/investigators located and seized approximately 40 kilograms of methamphetamine that was located, in plain view, inside a blue Lincoln parked in the driveway of XXXX Gafton Street, Dallas, Texas. Additionally, during the search of the vehicle, documents were located in the glove compartment with Antonio ROBLE's name and Sammy Mike CINERO's name listed on different documents.

14. Although I have not listed all the facts regarding this conspiracy, I believe that the facts stated above establish probable cause that the above-named defendants, and others known and unknown, have violated 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(A)).

_____
Daniel DeFranzo, Affiant
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence on this 28th day April 2021 at 1:28 p.m., in Fort Worth, Texas.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE